**DISMISS and Opinion Filed May 11, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

_____

**No. 05-13-01389-CV**
_____

**STEPHEN HOLLOWAY AND ALL OTHER OCCUPANTS, Appellant**
**V.**
**PINWELL INVESTMENTS LLC, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-04637-C**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Schenck

We reinstate this appeal. In 2014, we abated this case due to bankruptcy. *See* TEX. R. APP. P. 8.2. The Court conducted an independent review of the federal Public Access to Court Electronic Records (PACER) system which shows the bankruptcy case associated with this appeal was terminated on June 1, 2018, effectively dissolving the automatic stay.

We notified the parties by letter, requesting they inform the Court of the status of the bankruptcy and of this appeal. We cautioned that the failure to respond would result in the appeal being dismissed for want of prosecution. *See id.* 42.3(b),(c). To date, neither party has responded.

Because we gave the parties an opportunity to show why we should not dismiss the appeal for want of prosecution and no one responded, we dismiss this appeal. *See id.* 42.3(b),(c); *Brewer v. Admiral Ins. Co.*, 2002 WL 31312990, at *1 (Tex. App.—Dallas Oct. 16, 2002, no writ) (per curiam) (not designated for publication).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

131389F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

STEPHEN HOLLOWAY AND ALL OTHER OCCUPANTS, Appellant

No. 05-13-01389-CV     V.

PINWELL INVESTMENTS LLC, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas Trial Court Cause No. CC-13-04637-C.
Opinion delivered by Justice Schenck. Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered May 11, 2021